UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON                                                                              PETITIONER
ADC #162451

VS.                                       5:18-CV-00142-BRW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                                         RESPONDENT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 12) submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. No. 2), is DENIED, and this case is DISMISSED with prejudice. A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 23rd day of October, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE