UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NICHOLAS ADDISON                                                        PETITIONER
ADC #162451

VS.                              5:18-CV-00142-BRW-JTR

WENDY KELLEY, Director,
Arkansas Department of Correction                                       RESPONDENT

## JUDGMENT

Based on the Order that was entered today, this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 23rd day of October, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE